United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 18-03915-MJC

Marcelles Rudolph Toussaint                                    Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                        Page 1 of 2
Date Rcvd: Nov 12, 2021                     Form ID: trc                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

**Recip ID**             **Recipient Name and Address**
5214213           +   Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094 Dallas, TX 75261-9094

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021                                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper amps@manleydeas.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper afogle@rascrane.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |

Lorraine Gazzara Doyle
                    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper ldoyle@friedmanvartolo.com
                    Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Monroe County Tax Claim Bureau
                    MKnitter@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Rebecca Ann Solarz
                    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

Tullio DeLuca
                    on behalf of Debtor 1 Marcelles Rudolph Toussaint tullio.deluca@verizon.net

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03915-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Marcelles Rudolph Toussaint
151 Pinewood Dr. N
E.Stroudsburg PA 18302

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/11/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank Trust National Association
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609
US Bank Trust National Association
Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/21

Terrence S. Miller
**CLERK OF THE COURT**