# UNITED STATES BANRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Marcelles Rudolph Toussaint<br>aka Rudolph M. Toussaint aka Rudolph Toussaint aka M. Rudolph Toussaint aka Rudolph Marcelles Toussaint<br><br>Debtor(s). | Case No. 5:18-bk-03915-MJC<br><br>Chapter 13<br><br>NOTICE OF SATISFACTION OF PROOF OF CLAIM #2-2 |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that **Nissan-Infinity LT LLC fka Nissan-Infiniti LT c/o Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation** ("Creditor"), considers the Proof of Claim filed on **April 20, 2021** and assigned claim number **2-2,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 2-2 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: March 24, 2023

        Respectfully submitted,
        Bonial & Associates, P.C.

        /s/ Natalie Lea

        Natalie Lea
        14841 Dallas Parkway
        Suite 425
        Dallas, Texas 75254
        (972) 643-6600
        (972) 643-6698 (Telecopier)
        Email: POCInquiries@BonialPC.com
        Authorized Agent for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation

5381-N-0159

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 24, 2023 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*
Marcelles Rudolph Toussaint
151 Pinewood Dr. N
East Stroudsburg, PA 18302-8677


**Debtors' Attorney**
Tullio Deluca
Attorney At Law
381 N 9TH AVE
SCRANTON, PA  18504-2005

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

                                                    /s/ Natalie Lea
                                                    Natalie Lea