United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Marcelles Rudolph Toussaint  
    Debtor

Case No. 18-03915-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 12, 2023     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcelles Rudolph Toussaint, 151 Pinewood Dr. N, E.Stroudsburg, PA 18302-8677 |
| 5109206 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5109209 | + | Martha Von Rosenstiel, P.C., 649 South Ave., Ste. 7, Secane, PA 19018-3541 |
| 5172709 | + | Michael A. Gaul, KingSpry, One West Broad Street, Suite 700, Bethlehem, PA 18018-5717 |
| 5109210 | + | Middle Smithfield Township, Sewer Department, 147 Municipal Drive, E. Stroudsburg, PA 18302-9519 |
| 5109214 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005 |
| 5109215 | | Seterus, P.O. Box 54420, Hartford, CT 06143-1077 |
| 5116220 | + | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 5172710 | + | Township of Middle Smithfield, Michael A. Gaul, Esquire, KING SPRY HERMAN FREUND & FAUL, LLC, One West Broad Street, Suite 700, Bethlehem, PA 18018-5783 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2023 18:39:00 | Nissan-Infinity LT LLC fka Nissan-Infiniti LT c/o, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5109203 | + | EDI: TSYS2 | May 12 2023 22:36:00 | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5131218 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2023 18:45:16 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5128153 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2023 18:45:12 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5109207 | + | EDI: CITICORP.COM | May 12 2023 22:36:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5135455 | | EDI: Q3G.COM | May 12 2023 22:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5109205 | | EDI: IRS.COM | May 12 2023 22:36:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5109204 | | EDI: JPMORGANCHASE | May 12 2023 22:36:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 5214212 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 12 2023 18:39:00 | Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9094 |
| 5214213 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 12 2023 18:39:00 | Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC, dba Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9094 |
| 5134630 | | EDI: MAXMSAIDV | May 12 2023 22:36:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5109211 | | EDI: MAXMSAIDV | May 12 2023 22:36:00 | Navient U S. Dept of Education Loan Serv, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5113652 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2023 18:39:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5109212 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2023 18:39:00 | Nissan Motor Acceptance Corp, P.O. Box 660360, Dallas, TX 75266-0360 |
| 5404554 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2023 18:39:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 5109213 | | EDI: PENNDEPTREV | May 12 2023 22:36:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5109213 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2023 18:40:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5109748 | + | EDI: RECOVERYCORP.COM | May 12 2023 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5109216 | | EDI: RMSC.COM | May 12 2023 22:36:00 | Synchrony Bank/Lenscrafters, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5445422 | ^ | MEBN | May 12 2023 18:34:26 | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5445423 | ^ | MEBN | May 12 2023 18:34:27 | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, Bankruptcy Department 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5109208 | *+ | Marcelles Rudolph Toussaint, 151 Pinewood Dr. N, E.Stroudsburg, PA 18302-8677 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper amps@manleydeas.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper ldoyle@logs.com LOGSECF@logs.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Tullio DeLuca | on behalf of Debtor 1 Marcelles Rudolph Toussaint tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marcelles Rudolph Toussaint<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7194<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03915–MJC | |

# Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marcelles Rudolph Toussaint
aka Rudolph M. Toussaint, aka Rudolph
Toussaint, aka Rudolph Marcelles Toussaint,
aka M. Rudolph Toussaint

**By the court:**

5/12/23

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**