| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marcelles Rudolph Toussaint |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 18-03915 MJC |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

**Court claim no. (if known):** 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 0620

**Property address:**
151 Pinewood Dr N
E Stroudsburg, PA 18301

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ 1,900.21
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00
c. **Total.** Add lines a and b. (c) $ 1,900.21

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 04 / 01 / 2023

Form 4100R  Response to Notice of Final Cure Payment  page 1

Case 5:18-bk-03915-MJC    Doc 65    Filed 05/15/23    Entered 05/15/23 16:38:29    Desc
Document ID: 4242afb55157953432efa175e6c248a083ae4b7009044561f47fe2b50127a0df
Main Document    Page 1 of 5

| Debtor(s) | Marcelles Rudolph Toussaint | Case Number (if known): 18-03915 MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/Brian C. Nicholas (Atty ID: 317240)         Date    05/11/2023
Brian Nicholas
11 May 2023, 16:08:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

BK Filed date: 9/19/18  
Debtor name: TOUSSAINT  
Fay Servicing, LLC  
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisfied | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | $1,559.60 | 10/22/2018 | $1,639.77 | 10/1/2018 | $ 80.17 | $ 80.17 |
| | $1,559.60 | 11/14/2018 | $1,639.77 | 11/1/2018 | $ 80.17 | $ 160.34 |
| | $1,559.60 | 12/17/2018 | $1,639.77 | 12/1/2018 | $ 80.17 | $ 240.51 |
| | $1,559.60 | 1/17/2019 | $1,499.78 | 1/1/2019 | $ (59.82) | $ 180.69 |
| | $1,559.60 | 2/14/2019 | $1,559.60 | 2/1/2019 | $ - | $ 180.69 |
| | $1,559.60 | 3/15/2019 | $1,559.60 | 3/1/2019 | $ - | $ 180.69 |
| | $1,559.60 | 4/9/2019 | $1,619.83 | 4/1/2019 | $ 60.23 | $ 240.92 |
| | $1,559.60 | 5/20/2019 | $1,619.83 | 5/1/2019 | $ 60.23 | $ 301.15 |
| | $1,559.60 | 7/16/2019 | $1,499.37 | 6/1/2019 | $ (60.23) | $ 240.92 |
| | $1,559.60 | 8/12/2019 | $1,525.05 | 7/1/2019 | $ (34.55) | $ 206.37 |
| | | 8/20/2019 | $1.23 | | $ 1.23 | $ 207.60 |
| | | 8/26/2019 | ($1.23) | | $ (1.23) | $ 206.37 |
| | $1,525.05 | 9/17/2019 | $1,525.05 | 8/1/2019 | $ - | $ 206.37 |
| | $1,525.05 | 10/15/2019 | $1,525.05 | 9/1/2019 | $ - | $ 206.37 |
| | $1,525.05 | 11/14/2019 | $1,525.05 | 10/1/2019 | $ - | $ 206.37 |
| | $1,525.05 | 12/17/2019 | $1,525.05 | 11/1/2019 | $ - | $ 206.37 |
| | $1,525.05 | 1/7/2020 | $1,525.05 | 12/1/2019 | $ - | $ 206.37 |
| | $1,525.05 | 2/14/2020 | $1,525.05 | 1/1/2020 | $ - | $ 206.37 |
| | $1,525.05 | 3/11/2020 | $1,525.05 | 2/1/2020 | $ - | $ 206.37 |
| | $1,525.05 | 4/16/2020 | $1,525.05 | 3/1/2020 | $ - | $ 206.37 |
| | $1,525.05 | 5/15/2020 | $1,525.05 | 4/1/2020 | $ - | $ 206.37 |
| | $1,525.05 | 6/16/2020 | $1,519.94 | 5/1/2020 | $ (5.11) | $ 201.26 |
| | $1,519.94 | 7/16/2020 | $1,519.94 | 6/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 9/16/2020 | $1,519.94 | 7/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 10/13/2020 | $1,519.94 | 8/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 11/13/2020 | $1,519.94 | 9/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 12/15/2020 | $1,519.94 | 10/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 1/13/2021 | $1,519.94 | 11/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 2/12/2021 | $1,519.94 | 12/1/2020 | $ - | $ 201.26 |
| | $1,519.94 | 3/1/2021 | $3,039.88 | 1/1/2021 | $ 1,519.94 | $ 1,721.20 |
| | $1,519.94 | | | 2/1/2021 | $ (1,519.94) | $ 201.26 |
| | $1,519.94 | 3/16/2021 | $1,519.94 | 3/1/2021 | $ - | $ 201.26 |
| | | 4/20/2021 | $947.05 | | $ 947.05 | $ 1,148.31 |
| | $1,519.94 | 5/17/2021 | $1,519.94 | 4/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 6/29/2021 | $1,519.89 | 5/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 7/14/2021 | $1,519.89 | 6/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 8/11/2021 | $1,519.89 | 7/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 9/13/2021 | $1,519.89 | 8/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 10/21/2021 | $1,519.89 | 9/1/2021 | $ - | $ 1,148.31 |
| | $1,519.89 | 11/20/2021 | $1,519.99 | 10/1/2021 | $ 0.10 | $ 1,148.41 |
| | $1,519.89 | 12/15/2021 | $1,519.89 | 11/1/2021 | $ - | $ 1,148.41 |
| | $1,519.89 | 1/11/2022 | $1,519.89 | 12/1/2021 | $ - | $ 1,148.41 |
| | $1,519.89 | 2/12/2022 | $1,519.89 | 1/1/2022 | $ - | $ 1,148.41 |
| | $1,519.89 | 3/17/2022 | $1,528.73 | 2/1/2022 | $ 8.84 | $ 1,157.25 |

| | $1,528.73 | 4/13/2022 | $1,528.73 | 3/1/2022 | $ - | $ 1,157.25 |
|---|---|---|---|---|---|---|
| | $1,528.73 | 5/17/2022 | $1,528.73 | 4/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 6/9/2022 | $1,528.73 | 5/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 7/15/2022 | $1,528.73 | 6/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 8/16/2022 | $1,528.73 | 7/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 9/9/2022 | $1,528.73 | 8/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 10/12/2022 | $1,528.73 | 9/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 11/10/2022 | $1,528.73 | 10/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 12/13/2022 | $1,528.73 | 11/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 1/20/2023 | $1,528.73 | 12/1/2022 | $ - | $ 1,157.25 |
| | $1,528.73 | 2/17/2023 | $1,528.73 | 1/1/2023 | $ - | $ 1,157.25 |
| | $1,528.73 | 3/14/2023 | $1,528.73 | 2/1/2023 | $ - | $ 1,157.25 |
| | $1,528.73 | 4/13/2023 | $1,528.73 | 3/1/2023 | $ - | $ 1,157.25 |
| 4/1/2023 | $1,528.73 | | | | $ (1,528.73) | $ (371.48) |
| 5/1/2023 | $1,528.73 | | | | $ (1,528.73) | $ (1,900.21) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marcelles Rudolph Toussaint aka Rudolph M. Toussaint aka Rudolph Toussaint aka M. Rudolph Toussaint aka Rudolph Marcelles Toussaint<br>**Debtor(s)** | BK NO. 18-03915 MJC<br><br>Chapter 13<br><br>Related to Claim No. 6-1 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>**Movant**<br>vs.<br><br>Marcelles Rudolph Toussaint aka Rudolph M. Toussaint aka Rudolph Toussaint aka M. Rudolph Toussaint aka Rudolph Marcelles Toussaint<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May XX, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Marcelles Rudolph Toussaint aka Rudolph M. Toussaint aka Rudolph Toussaint aka M. Rudolph Toussaint aka Rudolph Marcelles Toussaint
151 Pinewood Drive N
East Stroudsburg, PA 18302

<u>Attorney for Debtor(s) (via ECF)</u>
Tullio DeLuca, Esq.
381 N. 9th Street
Scranton, PA 18504

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>May XX, 2023</u>

> */s/ Brian C. Nicholas*
> Brian C. Nicholas Esquire
> Attorney I.D. 317240
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106
> 201-549-5366
> bnicholas@kmllawgroup.com