# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 25, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Marcelles Rudolph Toussaint**
            **Chapter 13 Bankruptcy**
            **Case No. 5:18-bk-03915**

Dear Sir/Madam:

    I have received returned mail for Seterus a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 54420, Hartforf, CT 06143-1077. The correct information is as follows:

        Seterus
        P.O. Box 1077
        Hartford, CT 06143-1077

I served the Order of Discharge at the above address on May 12, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km